**1618  DIAMOND MATCH COMPANY vs. POWERS** (Register of Deeds), 51 M., 145.

To compel respondent to permit relator to have access, so long and so far as it is found necessary, to the records of the office.

Denied June 22, 1883.

The remedy by mandamus contemplates the necessity of indicating the precise thing to be done; it is not adapted to cases calling for continuous action, varying according to circumstances.

Obedience to the writ of mandamus is enforcible by process for contempt.